**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

KEITH L. DRUNASKY,

          Plaintiff - Appellant,

  v.

ARIZONA DEPARTMENT OF
ECONOMIC SECURITY; et al.,

          Defendants - Appellees.

No. 08-16316

D.C. No. 2:08-cv-00014-SRB

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Arizona
Susan R. Bolton, District Judge, Presiding

Submitted May 25, 2010[**]

Before:     CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

    Keith L. Drunasky appeals pro se from the district court's judgment

dismissing his action alleging constitutional violations in connection with state

child support enforcement proceedings. We have jurisdiction under 28 U.S.C.

---

    [*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

    [**]     The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

§ 1291.  We review de novo, *Sacks v. Office of Foreign Assets Control*, 466 F.3d 764, 770 (9th Cir. 2006), and we affirm.

The district court properly dismissed Drunasky's action under *Younger v. Harris*, 401 U.S. 37 (1971), because the state family court proceedings are still ongoing, implicate important state interests, and provide an adequate opportunity to litigate federal claims.  *See H.C. ex rel. Gordon v. Koppel*, 203 F.3d 610, 613-14 (9th Cir. 2000) (abstention required where child custody proceedings were still ongoing).

Drunasky's remaining contentions are unpersuasive.

**AFFIRMED.**